# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KARETEK HOLDINGS LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**STRIPE, INC.,**<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:21-cv-621-LPS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### DEFENDANT STRIPE, INC.'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

　　Defendant Stripe, Inc. ("Stripe") respectfully moves for judgment on the pleadings, pursuant to pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The grounds for this motion are further set forth in Stripe's Opening Brief in Support of its Motion for Judgment on the Pleadings, which is being filed contemporaneously herewith.

1

Dated: June 15, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    (302) 652-5070 (Telephone)
    (302) 652-0607 (Facsimile)
    janderson@fr.com

    Neil J. McNabnay
    Ricardo J. Bonilla
    Adil A. Shaikh
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Facsimile)
    mcnabnay@fr.com;
    rbonilla@fr.com
    shaikh@fr.com

***COUNSEL FOR DEFENDANT STRIPE, INC.***