IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARETEK HOLDINGS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STRIPE INC.,<br><br>*Defendant*. | Civil Action No: 1:21-cv-00621-LPS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF UNOPPOSED RULE 12(c)
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Stripe, Inc. respectfully notifies this Court that its Rule 12(c) Motion for Judgment on the Pleadings is currently unopposed. (D.I. 9, the "Motion".) Plaintiff Karetek Holdings LLC filed a Complaint for Patent Infringement on April 30, 2021, alleging infringement of U.S. Patent No. 7,373,515. (D.I. 1.) Stripe filed its Motion on June 15, 2021, seeking dismissal of Karetek's Complaint because the claims of the '515 Patent are directed to patent-ineligible subject matter under § 101, and the Complaint therefore fails to state a claim upon which relief may be granted. Karetek's opposition to the Motion was due on June 29, 2021. *See Ashe v. Saul*, No. 16-956-MN, 2020 U.S. Dist. LEXIS 51494, at *1 n.1 (D. Del. 2020) (a motion for fees was considered unopposed when defendant failed to respond within fourteen days as required by L.R. 7.1.2(b)). It has been more than three weeks since the deadline, and Karetek has not filed any response. Stripe contacted Karetek on July 19, 2021, to remind Karetek of the missed deadline and request Karetek dismiss the case in light of its failure to oppose. To date, Karetek has not responded to that communication.

Accordingly, Stripe's Motion is unopposed, and Stripe respectfully requests the Court to consider the Motion to be unopposed when the Court considers the Motion.

1

| | |
|---|---|
| Dated: July 23, 2021 | **FISH & RICHARDSON P.C.**<br><br>*/s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (No. 4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 658-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com<br><br>Neil J. McNabnay (*pro hac vice* pending)<br>Ricardo J. Bonilla (*pro hac vice* pending)<br>Adil A. Shaikh (*pro hac vice* pending)<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>mcnabnay@fr.com<br>rbonilla@fr.com<br>shaikh@fr.com<br><br>***Attorneys for Defendant***<br>***STRIPE, INC.*** |